# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139955

THOMAS C. DEWARD,
      Petitioner-Appellant,

v

                                        SC: 139955
                                        COA: 283927
                                        MPSC: 00-015305

MICHIGAN PUBLIC SERVICE COMMISSION,
      Appellee,

and

LDMI TELECOMMUNICATIONS, INC.,
      Respondent.
_____/

      On order of the Court, the application for leave to appeal the October 6, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

Clerk

y0222